IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEQUINCY JANET**     **PLAINTIFF**
**ADC #092254**

v.     Case No: 4:25-cv-00986-JM-PSH

**GARY MUSSELWHITE,** *et al.*     **DEFENDANTS**

## ORDER

Plaintiff Dequincy Janet filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 22, 2025, while incarcerated at the Arkansas Division of Correction's Cummins Unit (Doc. No. 2). On September 24, 2025, U.S. Magistrate Judge Patricia S. Harris entered an order directing Janet to file an amended complaint within 30 days to clarify his claims. *See* Doc. No. 3. Janet was cautioned that failure to comply with the Court's order within that time may result in the dismissal of his case. *Id.* On September 25, 2025, Janet filed a notice of his change in address (Doc. No. 4), and Judge Harris's order was resent to him at his new address. Janet has not timely filed an amended complaint in accordance with Judge Harris's order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Janet's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE