IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEQUINCY JANET**                                                                             **PLAINTIFF**
**ADC #092254**

v.                                 Case No: **4:25-cv-00986-JM**

**GARY MUSSELWHITE,** *et al.*                                           **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE